# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARINA NIKOLAEVA and ANDREW DANKO, ) ) ) | |
| Plaintiffs, ) | Civil No. 2:21-cv-19977-SDW-JSA |
| v. ) ) ) | |
| SPARTA TOWNSHIP BOARD OF EDUCATION; NEW JERSEY DEPARTMENT OF EDUCATION; and KEVIN DEHMER, Commissioner of Education, in his official capacity, ) ) ) ) ) ) ) ) | Judge: Susan D. Wigenton<br><br>Magistrate: Jessica S. Allen<br><br>MOTION DATE: August 18, 2025 |
| Defendants. ) ) | |

## NOTICE OF MOTION

To: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that as soon as counsel may be heard Respondents Robert Thurston and Thurston Law Offices LLC, by and through counsel, and pursuant to Rule 12(f) of the Federal Rules of Civil Procedure shall present their Motion to Strike in this action.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Respondents shall rely upon the papers submitted and filed contemporaneously herewith.

A proposed form of Order is also submitted.

Dated: July 29, 2025

THURSTON LAW OFFICES LLC

By: /s/ *Robert C. Thurston*
Robert C. Thurston, Esq.
Attorney ID #008801988
Thurston Law Offices LLC
111 Route 70 E #5336
Marlton, NJ 08053
856-335-5291
Email: rthurston@schoolkidslawyer.com

*Attorney for Respondents*

# CERTIFICATE OF SERVICE

      I, Robert C. Thurston, certify that I served all parties and counsel of record the foregoing document by causing the same to be sent via the ECF system for eFilers and via regular mail for non-eFilers on July 29, 2025:

Katherine A. Gilfillan
Franklin Barbosa, Jr.
Schenck, Price, Smith & King, LLP
220 Park Avenue
PO Box 991
Florham Park, NJ 07932
973-631-7857
kag@spsk.com
fb@spsk.com

*Attorneys for Defendant STBOE*

Krista Haley Rue
John Douglas Rue
John Rue & Associates
Louisville, KY
862-283-3155
krue@johnruelaw.com
john@johnruelaw.com

*Attorneys for Plaintiffs*

Ryan J. Silver
Deputies Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625
(609) 376-3100
ryan.silver@law.njoag.gov

*Attorneys for Defendants NJDOE and Allen-McMillan*

                              /s/ *Robert C. Thurston*
                              Robert C. Thurston