IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARINA NIKOLAEVA and ANDREW DANKO, ) ) ) | |
| Plaintiffs, ) | Civil No. 2:21-cv-19977-SDW-JSA |
| v. ) ) ) | |
| SPARTA TOWNSHIP BOARD ) OF EDUCATION; NEW JERSEY ) DEPARTMENT OF ) EDUCATION; and KEVIN ) DEHMER, Commissioner of ) Education, in his official capacity, ) ) | Judge: Susan D. Wigenton Magistrate: Jessica S. Allen MOTION DATE: August 18, 2025 |
| Defendants. ) ) | |

## ORDER [PROPOSED]

THIS MATTER coming before the Court upon Respondents' Motion to Strike Exhibit D and References in the Brief and Certification of Plaintiffs' Rule 11 Motion for Sanctions pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and the Court being duly advised in the premises;

IT IS HEREBY ORDERED AND DECREED that Respondents' motion is granted and the following pages shall be stricken from Plaintiffs' Motion: ECF #161-1, PageID: 1817, 1825, 1829 and ECF #161-2, PageID: 1856-1857, 1885-1889.

**Page 1 of 2**

ENTERED. BY THE COURT:

Dated: _____ _____