<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARINA NIKOLAEVA and ANDREW DANKO,<br><br>                Plaintiffs,<br><br>v.<br><br>SPARTA TOWNSHIP BOARD OF EDUCATION, NEW JERSEY DEPARTMENT OF EDUCATION, and KEVIN DEHMER, Commissioner of Education, in her official capacity,<br><br>                Defendants. | Civil Action No. 21-19977 (SDW) (JSA)<br><br>**ORDER**<br><br>November 5, 2025 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Jessica S. Allen's ("Judge Allen") Report and Recommendation (D.E. 175 ("R&R")), dated September 30, 2025, which recommends that this Court deny Plaintiffs' Motion for Sanctions against attorney Robert Thurston and the Law Offices of Robert Thurston LLC (collectively, "Thurston") (D.E. 161, 168), and Thurston's Cross-Motion to strike an exhibit annexed to Plaintiffs' motion (D.E. 163, 165, 167.) No objections to the R&R were filed. This Court has reviewed the reasons set forth by Judge Allen in her R&R and the record in this matter. Based on the foregoing, and for good cause shown, it is hereby

      **ORDERED** that Judge Allen's R&R is **ADOPTED** as the conclusions of law of this Court.

      **SO ORDERED.**

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:    Clerk
cc:       Parties
            Jessica S. Allen, U.S.M.J.